**No. 26-4150**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

MICHAEL JAIME INOFUENTES,
Defendant-Appellant.

---

Appeal from the United States District Court for the
Eastern District of Virginia

---

**APPELLANT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION IN THE DUE DATE FOR APPELLANT'S OPENING BRIEF AND APPENDIX**

---

Appellant Michael Inofuentes, through undersigned counsel, moves this Court for a 30-day extension in the due date for his opening brief and joint appendix (which are currently due by May 4, 2026). The record on appeal is extensive (over 3,000 pages) and the issues that will be raised in the opening brief will be complex – including (1) whether the district court erred by denying appellant's two pretrial motions to suppress his statements to law enforcement and the evidence of texts and voicemails on appellant's cellular phone; (2) whether the district court erred by admitting hearsay evidence over appellant's trial counsel's objection (which will

require a review of the entire trial record to assess whether the error was harmless); (3) whether the district court erred by denying appellant's motion for a brief continuance to permit a key defense witness to testify at trial; and (4) whether the district court erred by permitting the prosecution to offer an exhibit with a clearly incorrect translation of the Spanish language. Undersigned counsel, who did not represent appellant at trial, already has devoted substantial time to this case but anticipates spending extensive additional time completing his review of the extensive record, conducting additional legal research, and writing the opening brief.

Undersigned counsel represents numerous other clients in retained and appointed federal cases and also teaches law school courses (with final examinations occurring during the next three weeks). In view of counsel's extensive commitments before May 4, 2026 and the substantial time required to prepare the opening brief, Mr. Inofuentes respectfully requests a 30-day extension in the current due date – which would be **June 3, 2026**. This is the first request for an extension of the due date for the opening brief and appendix.

Respectfully submitted,

/s/ *Brent E. Newton*
Brent E. Newton
Maryland Attorney #2002060016
19 Treworthy Road
Gaithersburg, MD 20878
202-975-9105
brentevannewton@gmail.com

**Counsel for Appellant**

**CERTIFICATE OF CONFERENCE**

I certify that, on April 14, 2026, I conferred with AUSA Lauren Halper, counsel for the appellee. She stated that appellee does not oppose this motion.

/s/ *Brent E. Newton*
Brent E. Newton

**CERTIFICATE OF SERVICE**

I certify that, on April 14, 2026, this motion was served on all counsel of record by filing it via this Court's CM/ECF system.

/s/ *Brent E. Newton*
Brent E. Newton