UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4150
(1:25-cr-00005-PTG-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL JAIME INOFUENTES

Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 06/03/2026

Opening brief due: 06/03/2026

Response brief due: 06/24/2026

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk