UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4150
(1:25-cr-00005-PTG-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL JAIME INOFUENTES

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume numbers VII and IX under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk