FILED:  June 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4150
(1:25-cr-00005-PTG-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL JAIME INOFUENTES

Defendant - Appellant

------------------------------

AMERICAN CIVIL LIBERTIES UNION; ELECTRONIC FRONTIER
FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE
LAWYERS; ACLU OF MARYLAND; ACLU OF NORTH CAROLINA; ACLU
OF SOUTH CAROLINA; ACLU OF VIRGINIA; KNIGHT FIRST
AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; REPORTERS
COMMITTEE FOR FREEDOM OF THE PRESS

Amici Supporting Appellant

_____

O R D E R

_____

American Civil Liberties Union; Electronic Frontier Foundation; National

Association of Criminal Defense Lawyers; ACLU of Maryland; ACLU of North

Carolina; ACLU of South Carolina; ACLU of Virginia; Knight First Amendment Institute at Columbia University; Reporters Committee for Freedom of the Press has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

American Civil Liberties Union; Electronic Frontier Foundation; National Association of Criminal Defense Lawyers; ACLU of Maryland; ACLU of North Carolina; ACLU of South Carolina; ACLU of Virginia; Knight First Amendment Institute at Columbia University; Reporters Committee for Freedom of the Press is directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk