UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 26-4150 _____ **as**

☑ Retained ☐ Court-appointed(CJA) ☐ CJA associate ☐ Court-assigned(non-CJA) ☐ Federal Defender

☐ Pro Bono ☐ Government

COUNSEL FOR: Electronic Frontier Foundation, American Civil Liberties Union, National Association of Criminal Defense Lawyers, ACLU Foundation of Virginia, ACLU of North Carolina Legal Foundation, ACLU of Maryland Foundation, ACLU of South Carolina Foundation _____ as the

(party name)

☐ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☑ amicus curiae ☐ intervenor(s) ☐ movant(s)

s/ Sophia S. Cope
_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

SOPHIA S. COPE
Name (printed or typed)

415-436-9333
Voice Phone

Electronic Frontier Foundation
Firm Name (if applicable)

415-436-9993
Fax Number

815 Eddy Street, San Francisco, CA 94109
Address

sophia@eff.org
E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF):* I certify that this document was served on 6/9/2026 by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| service on all counsel of record via CM/ECF | |
|---|---|

/s/ Sophia S. Cope
Signature

June 9, 2026
Date

1/28/2020 SCC

[ Print for PDF for Filing ]   [ Reset Form ]