**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Appellee,*<br><br>v.<br><br>MICHAEL JAIME INOFUENTES,<br><br>*Defendant-Appellant.* | )<br>)<br>)<br>)<br>)<br>)  No. 26-4150<br>)<br>)<br>)<br>)<br>) |

## The United States' Unopposed Motion for an Extension

The United States respectfully requests a 44-day extension for filing its response brief in the above-captioned case. The government's brief is currently due on June 24, 2026, and with the extension would be due on Friday, August 7, 2026. The United States has not previously sought any extensions. Defense counsel previously sought, and was granted, a 30-day extension for filing his opening brief. Pursuant to 4th Cir. L.R. 27(a), government counsel has informed defense counsel of this motion, and defense counsel has stated that the defendant does not oppose the extension.

The government is proceeding diligently in preparing its response but believes that an extension is warranted. This case is a direct appeal from a three-day jury trial. The opening brief raises five issues, including two different suppression issues, and the joint appendix comprises nearly 2,500 pages.

Meanwhile, the undersigned has a number of upcoming trials, as well as preplanned international travel, and thus respectfully requests an extension to prepare its response brief in this case. In the near term, the undersigned is scheduled for jury trials on June 29, 2026, in *United States v. Matthew Becker*, 1:26-cr-21; September 2, 2026, in *United States v. Cary Andre Rue*, 1:26-cr-107; and October 20, 2026, in *United States v. Nazar Majid Mustafa*, 1:26-cr-113. The undersigned is lead counsel in each of these trials. Additionally, the undersigned has preplanned international travel from July 11, 2026, to July 18, 2026.

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its response in this matter. Therefore, the government respectfully requests a 44-day extension, until August 7, 2026, to file its response brief.

Respectfully submitted,

By: _____/s/_____
Lauren Halper
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Lauren.Halper@usdoj.gov

*Attorney for the United States*

2

**Certificate of Compliance**

I certify that this motion contains 315 words and thus complies with the requirements of Fed. R. App. P. 27 and the Local Rules.

By:    _____/s/_____

Lauren Halper
Assistant United States Attorney