FILED:  June 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4150
(1:25-cr-00005-PTG-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL JAIME INOFUENTES

Defendant - Appellant

-------------------------------

AMERICAN CIVIL LIBERTIES UNION; ELECTRONIC FRONTIER
FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE
LAWYERS; ACLU OF MARYLAND; ACLU OF NORTH CAROLINA; ACLU
OF SOUTH CAROLINA; ACLU OF VIRGINIA; KNIGHT FIRST
AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; REPORTERS
COMMITTEE FOR FREEDOM OF THE PRESS

Amici Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request

for an extension of time in which to file the response brief shall be disfavored. The

briefing schedule is extended as follows:

Response brief due: 08/07/2026

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk