IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 26-4150 |
| | ) | |
| MICHAEL JAIME INOFUENTES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**Government's Motion to File Supplemental Appendix**

The government respectfully moves this Court for leave to file a supplemental appendix containing the parties' proposed joint jury instructions, Inofuentes's proposed jury instructions, Inofuentes's proposed verdict form, and the government's position with respect to sentencing. The government has consulted with defense counsel, who does not oppose this motion.

This is a direct appeal following Inofuentes's conviction at trial of sex trafficking of a minor and engaging in illegal sexual conduct in a foreign place. Among other claims, Inofuentes argues that the district court should have given the jury a specific unanimity instruction. Def. Br. 32-39. He also argues that his statements to law enforcement should have been suppressed as involuntary. Def. Br. 39-45.

The government proposes to file a supplemental appendix containing (1) the parties' proposed joint jury instructions, Dist. Ct. ECF No. 142; (2) Inofuentes's proposed jury instructions, Dist. Ct. ECF No. 145; (3) Inofuentes's proposed verdict form, Dist. Ct. ECF No. 146; and (4) the government's position with respect to sentencing, which includes excerpts from the transcripts of Inofuentes's interviews with law enforcement, Dist. Ct. ECF No. 208.[1]  The proposed materials total just 130 pages.

The parties' proposed instructions and verdict form will assist the Court in resolving Inofuentes's claim that the district court should have given a specific unanimity instruction.  Throughout the charge conference, the district court and the parties repeatedly referred to the proposed instructions and verdict form.  *See* JA22–JA33; *see also* JA815- JA826, JA2193-JA2196.  The proposed instructions and verdict form are helpful to understand the objections the parties raised and the issues discussed in the district court.  The government's position with respect to sentencing, which includes excerpts of Inofuentes's statements to law enforcement, is helpful to understand statements and admissions Inofuentes made before his arrest.

---

[1] A partial transcript of one of Inofuentes's two recorded interviews with law enforcement is contained in the Joint Appendix.  *See* JA273-JA300, JA350-352. The excerpts contained in Dist. Ct. ECF No. 208 are not included in the partial transcript that is already part of the record on appeal.

Accordingly, the government moves for leave to file a supplemental appendix to assist the Court in its adjudication of this appeal.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: _____/s/_____
Lauren Halper
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

3

**Certificate of Compliance**

I certify that the foregoing motion does not exceed 5,200 words and

complies with the requirements of Federal Rule of Appellate Procedure 27.

By: _____/s/_____

Lauren Halper
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Lauren.Halper@usdoj.gov