FILED: August 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4150
(1:25-cr-00005-PTG-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

MICHAEL JAIME INOFUENTES

        Defendant - Appellant

------------------------------

AMERICAN CIVIL LIBERTIES UNION; ELECTRONIC FRONTIER FOUNDATION;
NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; ACLU OF
MARYLAND; ACLU OF NORTH CAROLINA; ACLU OF SOUTH CAROLINA; ACLU OF
VIRGINIA; KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY;
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

        Amici Supporting Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the

court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk