**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff–Appellee,<br><br>v.<br><br>MICHAEL INOFUENTES,<br><br>Defendant–Appellant. | No. 26-4150 |

# MOTION TO WITHDRAW APPEARANCE OF RAYA KOREH AS COUNSEL FOR AMICI CURIAE

Pursuant to Local Rule 46(c), undersigned counsel, Raya Koreh, respectfully moves to withdraw her appearance as counsel for Amici Curiae Knight First Amendment Institute at Columbia University and Reporters Committee for Freedom of the Press in this case as September 4, 2026 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Amici will continue to be represented by other counsel from the Knight First Amendment Institute at Columbia University and Reporters Committee for Freedom of the Press who have entered an appearance for Amici in this matter, and no party will be prejudiced if the motion is granted.

September 4, 2026

Respectfully submitted,

/s/ Raya Koreh
Raya Koreh

Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
raya.koreh@knightcolumbia.org

*Counsel for Amici Curiae*