FILED: September 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4150
(1:25-cr-00005-PTG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL JAIME INOFUENTES

Defendant - Appellant

------------------------------

AMERICAN CIVIL LIBERTIES UNION; ELECTRONIC FRONTIER FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; ACLU OF MARYLAND; ACLU OF NORTH CAROLINA; ACLU OF SOUTH CAROLINA; ACLU OF VIRGINIA; KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

Amici Supporting Appellant

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk