**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 26, 2026

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 26-4150, US v. Michael Inofuentes
1:25-cr-00005-PTG-1

TO: United States of America
Michael Jaime Inofuentes
ACLU of South Carolina
ACLU of Virginia
ACLU of Maryland
Knight First Amendment Institute at Columbia University
Reporters Committee for Freedom of the Press
National Association of Criminal Defense Lawyers
ACLU of North Carolina
American Civil Liberties Union
Electronic Frontier Foundation

RESPONSE DUE: 10/29/2026

Response is required to the notice requesting information regarding similar cases on or before 10/29/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

S. Batchleor, Deputy Clerk
804-916-2702