# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: *United States v. Michael Inofuentes*, No. 26-4150

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

A cert. petition is pending in *Anibowei v. Blanche* (No. 26-208) and the Supreme Court has requested a response. The question presented is "[w]hether the Fourth Amendment permits border agents to search the digital contents of a traveler's cell phone without a warrant."

Signature: /s/ Scott Wilkens Counsel for: Knight First Amendment Institute at Columbia University

Date: 10/26/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)