**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 26-4150 Caption: United States v. Michael Inofuentes

---

Argument Session For Which You Are Scheduled: January 26–29, 2027

Dates You Are Available To Argue in the Session (if any):

January 26, 28, and 29, 2027

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None

Other Relevant Information:

I am a law professor and will teach two classes on January 27, 2027 — so I'd greatly appreciate not having the oral argument on that day.

Party(ies) You Represent:

Appellant Inofuentes

---

10/27/2026
Date

/s/ Brent E. Newton
Counsel Signature
Brent E. Newton