# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 26-4150 Caption: United States v. Michael Inofuentes

---

Argument Session For Which You Are Scheduled: January 26-29, 2027

Dates You Are Available To Argue in the Session (if any):

I am not available during the week of January 25, 2027.

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None

Other Relevant Information:

I am lead counsel in the case of United States v. Stephen Ricardo McBean (1:26-cr-163), which is scheduled for a jury trial beginning on January 25, 2027.

Party(ies) You Represent:

United States of America - Appellee

---

10/27/2026
Date

/s/ Lauren Halper
Counsel Signature