# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-4150, United States v. Michael Inofuentes

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

A petition for a writ of certiorari in the case of George Anibowei v. Todd Blanche, Attorney General, et al. (No. 26-208) is pending before the Supreme Court. The question presented is "[w]hether the government's Directives authorizing border agents to search the contents of electronic devices without warrants or suspicion violate the Fourth Amendment."

Signature: /s/ Lauren Halper Counsel for: United States of America

Date: 10/27/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)