# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-4150 US v. Michael Inofuentes

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

1) United States v. Chin, No. 25-4259 (4th Cir.). Oral argument conducted 10/27/2026. Appellant has raised Fourth Amendment issue concerning warrantless search of his cell phone at the international border.

2) Anibowei v. Blanche, No. 26-208 (U.S. Sp Ct). Cert. petition raising issue concerning constitutionality of warrantless search of cell phone at the international border.

Signature: /s/ Brent E. Newton Counsel for: Appellant Inofuentes

Date: 10/27/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)